**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-00851-DDD-GPG

ESTATE OF TOMAS BEAUFORD, TIFFANY MARSH, personally and as personal representative of the estate of TOMAS BEAUFORD, deceased;

  Plaintiff,

vs.

KURT HOLMES, et al.

  Defendants.

## CHC DEFENDANTS' OFFER OF JUDGMENT

Defendants Correct Care Solutions, LLC ("CCS"), Correctional Healthcare Companies, Inc. ("CHC"), Correctional Healthcare Physicians, P.C. ("CHP"), Correctional Healthcare Management, Inc. ("CHM"), Renee Workman, Velda Havens, Audra Keenan, Jeanne "AnnMarie" Schans (collectively, "CHC Defendants"), by and through their attorneys, HALL PRANGLE & SCHOONVELD, LLC, hereby offer $400,025.00 (four hundred thousand twenty-five dollars and zero cents) as an offer of judgment pursuant to Federal Rule of Civil Procedure 68 to resolve all claims and counts by Plaintiff asserted against the CHC Defendants in this action. This offer includes all prejudgment interest, costs, and attorney fees accrued up to the date of this offer.

**DATED:** March 3, 2023.

                                  Respectfully submitted:

                                  HALL PRANGLE & SCHOONVELD

                                  *s/ Eric Schoonveld*
                                  Eric Schoonveld, #6207720
                                  200 South Wacker Drive, Suite 3300
                                  Chicago, Illinois 60606
                                  Tel: (312) 256-8339
                                  eric@hpslaw.com
                                  *Attorneys for CHC Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 3, 2023, a true and correct copy of the foregoing was electronically filed using the CM/ECF system, which will send notification upon the following individuals:

| | |
|---|---|
| David A. Lane<br>Andy McNulty<br>Michael Fairhurst<br>KILLMER, LANE &NEWMAN, LLP<br>1543 Champa Street, Suite 400<br>Denver, Colorado 80202<br>Tel: 303-571-1000<br>Fax: 303-571-1001<br>dlane@kln-law.com<br>amcnulty@kln-law.com<br>mfairhurst@kln-law.com<br><br>*Attorneys for Plaintiffs* | Thomas D. McFarland<br>MCFARLAND LAW OFFICES<br>910 13th  Street, Suite 200<br>Golden, CO 80401<br>Tel: 303-277-0202<br>Fax: 303-277-1620<br>Tmcf100@aol.com<br>*Attorneys for Plaintiffs* |

/s/ *Cynthia Black*
Cynthia Black